John Ray Nelson, WSBA #16393
Adam J. Chambers, WSBA #46631
FOSTER PEPPER PLLC
618 West Riverside Avenue, Ste. 300
Spokane, WA  99201-5102
Telephone: (509) 777-1600
Facsimile: (509) 777-1616
Email:  john.nelson@foster.com
        adam.chambers@foster.com

*Attorneys for Defendant
Dough Dough, Inc.*

The Honorable Stanley A. Bastian

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH STIGAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOUGH DOUGH, INC., a Washington corporation; AUNTIE ANNE'S FRANCHISOR SPV, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case 2:18-cv-00244-SAB<br><br>DEFENDANT DOUGH DOUGH, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Dough Dough, Inc., states that it is a nongovernmental corporate entity, that it does not have a parent company, and that no publicly held corporation owns ten percent (10%) or

DEFENDANT DOUGH DOUGH, INC.'S RULE 7.1
CORPORATE DISCLOSURE STATEMENT - 1
Case No. 2:18-cv-00244-SAB

53139167.1

FOSTER PEPPER PLLC
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON  99201-5102
PHONE (509) 777-1600  FAX (509) 777-1616

1   more of its stock. Dough Dough, Inc. is not a joint venture, limited liability
2   corporation, limited liability partnership, or unincorporated association.
3       DATED this 30th day of August, 2018.

*s/John Ray Nelson*
John Ray Nelson, WSBA #16393
Adam J. Chambers, WSBA #46631
FOSTER PEPPER PLLC
618 West Riverside Ave., Ste. 300
Spokane, WA  99201-5102
Telephone: (509) 777-1600
Facsimile: (509) 777-1616
Email: john.nelson@foster.com
      adam.chambers@foster.com

*Attorneys for Defendant Dough Dough, Inc.*

DEFENDANT DOUGH DOUGH, INC.'S RULE 7.1
CORPORATE DISCLOSURE STATEMENT - 2
Case No. 2:18-cv-00244-SAB

FOSTER PEPPER PLLC
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON  99201-5102
PHONE (509) 777-1600  FAX (509) 777-1616

53139167.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2018, I electronically filed the foregoing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED at Spokane, Washington, this 30th day of August, 2018.

s/*Pamela S. Miller*
Pamela S. Miller
Legal Assistant

DEFENDANT DOUGH DOUGH, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT - 3
Case No. 2:18-cv-00244-SAB

FOSTER PEPPER PLLC
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON 99201-5102
PHONE (509) 777-1600  FAX (509) 777-1616

53139167.1