Angelo J. Calfo

CALFO EAKES &
OSTROVSKY PLLC
1301 Second Avenue, Suite 2800
Seattle, WA  98101
Phone: (206) 407-2210
Fax: (206) 407-2224
Email:  angeloc@calfoeakes.com

HONORABLE STANLEY A. BASTIAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JOSEPH STIGAR, individually and on
behalf of all others similarly situated,

Plaintiff,

vs.

DOUGH DOUGH, INC., a Washington
Corporation, AUNTIE ANNE'S
FRANCHISOR SPV, LLC, a Delaware
Limited Liability Company; and DOES
1 through 10, inclusive,

Defendants.

Case No. 2:18-cv-00244-SAB

[PROPOSED] ORDER
GRANTING STIPULATED
MOTION TO DISMISS

The Court, having received the Stipulated Motion to Dismiss, hereby orders
that the stipulated motion is GRANTED.  Pursuant to Rule 41(a)(1)(A)(ii), all
claims in this matter are DISMISSED with prejudice as to the Plaintiff and
dismissed without prejudice as to the putative class.

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO DISMISS
(NO. 2:18-cv-00244-SAB) - 1

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

DocuSign Envelope ID: 0B37B39D-271F-4571-819B-A943F4579E9A

1    Dated this _____ day of _____, 2019.

2

3

                                    _____

4                       UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO DISMISS
(NO. 2:18-cv-00244-SAB) - 2

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224