FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 18, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH STIGAR, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DOUGH DOUGH, INC., a Washington Corporation, AUNTIE ANNE'S FRANCHISOR SPV, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | NO. 2:18-cv-00244-SAB<br><br>**ORDER DISMISSING CLAIMS** |

　　　　Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 39. The motion was heard without oral argument. The parties ask the Court to dismiss with prejudice Plaintiff's individual claims and dismiss without prejudice the claims of the putative class.

//
//
//
//
//

**ORDER DISMISSING CLAIMS** ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss, ECF No. 39, is **GRANTED**.

2. Plaintiff's individual claims asserted against Defendants are dismissed with prejudice and the claims of the putative class are dismissed without prejudice and without costs and fees to any party, except as may otherwise be expressly provided for in the parties' settlement agreement.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel and close the file.

**DATED** this 18th day of April 2019.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING CLAIMS** ~ 2